

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00389-CV

Ahmad Yazdchi a/k/a Al Giovanni
v.
Peggy Ann Nowlin, Individually and as Sole Independent Executrix of The Estate of Donald H. Nowlin

On Appeal from the
197th District Court of Cameron County, Texas
Trial Court Cause No. 2024-DCL-00680

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed due to appellant's inability to pay costs.

We further order this decision certified below for observance.

February 13, 2025